**JS-6**
E-FILED: 5/16/2008

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **R.V.,** *et al.*, | NO.: CV 05-8949-GHK (VBKx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **SIMI VALLEY UNIFIED SCHOOL DISTRICT,** *et al.*; | |
| Defendants. | |

Pursuant to our April 10, 2008 Order, **IT IS HEREBY ADJUDGED AND DECREED** that Plaintiffs' claims are dismissed with prejudice, that they shall take nothing from this action, and that Defendants shall have judgment against Plaintiffs.

**IT IS SO ORDERED**.

DATED: May  16 , 2008

_____
GEORGE H. KING
United States District Judge